

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00617-CV

**IN THE INTEREST OF K.R.C., A CHILD**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1487-CV
Honorable James Rausch, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered the appellant's motion for reconsideration rehearing and en banc, and the motion is DENIED.

It is so ORDERED on January 24, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court